UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ANNIE CHAVEZ,<br>Plaintiff,<br>v.<br>VANESSA FANG, *et al.*,<br>Defendants. | Case No. 3:26-cv-00837-MMD-CLB<br>ORDER |

*Pro se* Plaintiff Annie Chavez filed a civil rights complaint ("Complaint") and an application to proceed *in forma pauperis*. (ECF Nos. 1-1, 1.) Before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Carla L. Baldwin, recommending the Complaint be dismissed without prejudice and with leave to amend. (ECF No. 3 at 5.) Plaintiff had until November 10, 2026 to file an objection. To date, no objection has been filed. For that reason, and as further explained below, the Court will adopt the R&R in full.

Because there was no objection, the Court need not conduct de novo review, and is satisfied that Judge Baldwin did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") (emphasis in original). In the R&R, Judge Baldwin found that Plaintiff cannot pay the filing fee and accordingly recommended that Plaintiff's IFP Application be granted. (ECF No. 3 at 1-2.) Judge Baldwin next screened Plaintiff's three-sentence Complaint and determined that Plaintiff failed to state enough facts to state a claim for relief. (*Id.* at 3-4.) Judge Baldwin recommended dismissal without prejudice and with leave to amend. (Id. at 4.) The Court agrees, and will adopt Judge Baldwin's recommendations in full.

It is therefore ordered that Judge Baldwin's Report and Recommendation (ECF No. 3) is accepted and adopted in full.

It is further ordered that Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is granted.

It is further ordered that Plaintiff's Complaint (ECF No. 1-1) is dismissed without prejudice and with leave to amend. If Plaintiff wishes to file an amended complaint to cure the deficiencies of these claims, Plaintiff must file an amended complaint within 30 days from the date of this Order. The amended complaint must be complete in and of itself without referring or incorporating by reference any previous complaint. Any allegations, parties, or requests for relief from a prior complaint that are not carried forward in the amended complaint will no longer be before the court. The complaint should be captioned "First Amended Complaint" and list this case number. If Plaintiff fails to timely file an amended complaint, this case will be dismissed with prejudice.

DATED THIS 17th Day of November 2026.



MIRANDA M. DU
UNITED STATES DISTRICT JUDGE